IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHERYLE W. HALL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 09-0031-CB-N |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 is adopted as the opinion of this Court.

It is ORDERED that the order of the Commissioner denying benefits is VACATED, and this action is REMANDED to the Commissioner for further proceedings in conformity with the orders of the court.

DONE and ORDERED this the 20th day of October, 2009.

/s/ *Charles R. Butler, Jr.*
CHARLES R. BUTLER, JR.
SENIOR UNITED STATES DISTRICT JUDGE